# EXHIBIT B

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

JESSICA UTLEY,

                       Plaintiff(s)

   -Against-

RICHELIEU AMERICA LTD.,

                       Defendant(s)

**Affidavit of Service**

Case No.
806825/2018

STATE OF NEW YORK   )
                               )SS.:
COUNTY OF ALBANY   )

**AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

On May 4, 2018, at 3:56 p.m. I served two copies of a SUMMONS & COMPLAINT, NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING, on Defendant, RICHELIEU AMERICA LTD, by personally delivering to and leaving with Sue Zouky, a white female approximately 60 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue, Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty and 00/100 ($40.00) Dollars, pursuant to 306 of the Business Corporation Law of the State of New York.

That deponent, personally knew said Sue Zouky to be a Business Document Specialist, in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                               Austin Taylor

Sworn before me this
7th day of May, 2018

Notary Public - State of New York

Anne B. Stefanski
Notary Public, State of New York
No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022