# EXHIBIT C

# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA UTLEY,<br><br>               Plaintiff,<br><br>     -v-<br><br>RICHELIEU AMERICA LTD.,<br><br>               Defendant. | Civil Action No. 18-cv-587<br><br><br>**LOCAL RULE OF CIVIL PROCEDURE 81(a) INDEX OF DOCUMENTS** |

Pursuant to Local Rule of Civil Procedure 81(a), the following is an index of all documents filed in the Supreme Court of the State of New York, County of Erie, in the above referenced matter:

1. Plaintiff's Civil Summons and Complaint filed with the Supreme Court of the State of New York, County of Erie, on May 1, 2018 (Index No. 806825/2018).

2. Plaintiff's Affidavit of Service of Summons and Complaint filed with the Supreme Court of the State of New York, County of Erie, on May 15, 2018 (Index. No. 806825/2018).

Date: May 22, 2018
       Fairport, New York

                                                      */s/ Jacqueline Phipps Polito*
                                                      Jacqueline Phipps Polito
                                                      Abigail Giarrusso
                                                      LITTLER MENDELSON, P.C.
                                                      375 Woodcliff Drive, 2nd Floor
                                                      Fairport, NY  14450
                                                      jpolito@littler.com
                                                      agiarrusso@littler.com
                                                      585.203.3400

                                                      Attorneys for Defendant
                                                        RICHELIEU AMERICA LTD.

154809806