# EXHIBIT E

# EXHIBIT E

STATE OF NEW YORK
SUPREME COURT COUNTY OF ERIE

| | |
|---|---|
| JESSICA UTLEY, | Index No. 806825/2018 |
| Plaintiff, | |
| -v- | **NOTICE TO STATE COURT OF** |
| RICHELIEU AMERICA, LTD., | **FILING OF NOTICE OF REMOVAL** |
| Defendant. | |

**TO:   THE CLERK OF THE SUPREME COURT FOR THE STATE OF NEW YORK AND TO ALL PARTIES TO THE ACTION HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Richelieu America Ltd., incorrectly sued as Richelieu America, Ltd., has filed a Notice of Removal of this action in the United States District Court for the Western District of New York on May 22, 2018, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.  A copy of said Notice of Removal is attached hereto as **Exhibit A**. This Notice is filed pursuant to 28 U.S.C. § 1446(d).

Date:   May 22, 2018
        Fairport, New York

                              */s/ Jacqueline Phipps Polito*
                              Jacqueline Phipps Polito
                              Abigail Giarrusso
                              LITTLER MENDELSON, P.C.
                              375 Woodcliff Drive, 2nd Floor
                              Fairport, NY  14450
                              jpolito@littler.com
                              agiarrusso@littler.com
                              585.203.3400

                              Attorneys for Defendant
                                RICHELIEU AMERICA LTD.