# EXHIBIT F

# EXHIBIT F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA UTLEY,<br><br>    Plaintiff,<br><br>  -v-<br><br>RICHELIEU AMERICA LTD.,<br><br>    Defendant. | Civil Action No. 18-cv-587<br><br>**NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL** |

To: Samuel A. Alba, Esq.
   FRIEDMAN & RANZENHOFER, P.C.
   74 Main Street, PO Box 31
   Akron, New York  14001

  **PLEASE TAKE NOTICE** that a Notice of Removal of the above-captioned action from the Supreme Court of New York, County of Erie, to the United States District Court for the Western District of New York, was duly filed on this 22nd day of May, 2018, in the United States District Court of the Western District of New York.  A copy of said Notice of Removal is attached as **Exhibit A**.  This notice is furnished pursuant to 28 U.S.C. § 1446(d).

Date: May 22, 2018
    Fairport, New York

               */s/ Jacqueline Phipps Polito*
               Jacqueline Phipps Polito
               Abigail Giarrusso
               LITTLER MENDELSON, P.C.
               375 Woodcliff Drive, 2nd Floor
               Fairport, NY  14450
               jpolito@littler.com
               agiarrusso@littler.com
               585.203.3400

               Attorneys for Defendant
                 RICHELIEU AMERICA LTD.

154809694