UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA UTLEY,<br><br>　　　　　　Plaintiff,<br><br>　　-v-<br><br>RICHELIEU AMERICA LTD.,<br><br>　　　　　　Defendant. | Civil Action No. 18-cv-587<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Richelieu America Ltd., by its undersigned attorney, hereby discloses and states as follows:

　　　　Richelieu America Ltd. (a Delaware Corporation) is a wholly owned subsidiary of Richelieu Hardware Ltd., a Quebec corporation that is publicly traded on the Toronto Stock Exchange (TSX:RCH).

Date:　May 22, 2018
　　　　Fairport, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ *Jacqueline Phipps Polito*
　　　　　　　　　　　　　　　　　　　　　　　Jacqueline Phipps Polito
　　　　　　　　　　　　　　　　　　　　　　　Abigail Giarrusso
　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　　375 Woodcliff Drive, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　Fairport, NY  14450
　　　　　　　　　　　　　　　　　　　　　　　jpolito@littler.com
　　　　　　　　　　　　　　　　　　　　　　　agiarrusso@littler.com
　　　　　　　　　　　　　　　　　　　　　　　585.203.3400

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　RICHELIEU AMERICA LTD.

154809963