UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA UTLEY,<br><br>    Plaintiff,<br><br>    -v-<br><br>RICHELIEU AMERICA LTD.,<br><br>    Defendant. | Civil Action No. 18-cv-587<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 22nd day of May, 2018, a true copy of the Notice of Removal, Corporate Disclosure Statement, Notice to Adverse Parties of Removal, and ancillary documents, filed electronically through the Court's CM/ECF system, are available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via Federal Express upon plaintiff's counsel of record at:

Samuel A. Alba, Esq.<br>
FRIEDMAN & RANZENHOFER, P.C.<br>
74 Main Street, PO Box 31<br>
Akron, New York  14001

<i>/s/ Jacqueline Phipps Polito</i><br>
Jacqueline Phipps Polito

154809920